# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2007

133042

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CHRIS ANTHONY WILLIAMS,
        Defendant-Appellant.

SC: 133042
COA: 274037
Wayne CC: 05-010496-01

_____/

On order of the Court, the application for leave to appeal the December 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.

KELLY, J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Conway*, 474 Mich 1140 (2006).

MARKMAN, J., would grant leave to appeal for the reasons set forth in his dissenting statement in *People v Wright*, 474 Mich 1138 (2006).

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2007

_____
Clerk

p0613